1
2
3
4
5          JS-6
6
       * NOTE: CHANGES MADE BY THE COURT *
7
8
9
                UNITED STATES DISTRICT COURT
10
              CENTRAL DISTRICT OF CALIFORNIA
11
                     SOUTHERN DIVISION
12
13   AVENUE HOSPITALITY GROUP,          Case No. 8:19-cv-00687-AG-DRM
     LLC,
14                                       [PROPOSED] JUDGMENT
           Plaintiff,
15                                       Complaint Filed: April 11, 2019
           v.
16
     AVENUE RESTAURANT AND
17   MUSIC LOUNGE,
18         Defendant.
19
20
21
22
23
24
25
26
27
28

                            JDGMENT

1       This matter is before the Court upon Plaintiff Avenue Hospitality Group
2  LLC's ("Plaintiff") Motion for Entry of Default Judgment, Permanent Injunctive
3  Relief, and Attorney's Fees Against Defendant Avenue Restaurant and Music
4  Lounge ("Defendant") Pursuant to Federal Rule of Civil Procedure 55(b)
5  ("Application"). The Court, having considered the Clerk's Entry of Default against
6  Defendant on May 14, 2019, Plaintiff's Application and supporting papers, any and
7  all moving and responding papers filed by the parties, and with good cause
8  appearing,

9      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

10     1.   This Court has jurisdiction over the parties to this Judgment and has
11  jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

12     2.   Defendant infringed upon Plaintiff's federal trademark rights under the
13  Lanham Act 17 U.S.C. § 1114, *et seq.*, as set forth in Plaintiff's First Cause of
14  Action.

15     3.   Defendant infringed upon Plaintiff's federal trademark rights under the
16  Lanham Act 17 U.S.C. § 1125, *et seq.*, as set forth in Plaintiff's Second Cause of
17  Action.

18     4.   Defendant infringed upon Plaintiff's rights under California Business
19  & Professions Code section 17200, *et seq.*, as set forth in Plaintiff's Third Cause of
20  Action.

21     5.   Defendant infringed upon Plaintiff's common law trademark rights, as
22  set forth in Plaintiff's Fourth Cause of Action.

23      **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that the
24  Defendant and its agents, servants, employees, successors and assigns, and all other
25  persons acting in concert with or in conspiracy with or affiliated with Defendant,
26  are hereby enjoined and restrained from:

27     a.   Engaging in any infringing activity including advertising,
28  promoting, marketing, selling and offering for sale goods or services in connection

1 with the AVENUE and AVE. marks or any similar marks;

2     b.    Using a company name or doing business as name that features
3 AVENUE or AVE. for use in connection with any restaurant, nightclub, bar or
4 similar establishment;

5     c.    Using the domain name <avenueorangecounty.com> or any name on
6 social media that includes "Avenue" or "Ave." alone or with other terms to
7 promote or advertise a restaurant, nightclub, bar or similar establishment, including
8 but not limited to use of "Avenue Anaheim" at
9 https://www.facebook.com/LunaSupperClubOfficial/; use of
10 https://twitter.com/AvenueAnaheim; use of "Avenue Nightlife" and "Avenue OC"
11 at https://www.facebook.com/AvenueNightLife/?tn-str=k*F; use of "Avenue OC"
12 and "Avenue Restaurant & Music Lounge" at
13 https://www.facebook.com/profile.php?id=100015451956237; use of @AvenueOC
14 in social media posts; use of the email address "avenueoc@gmail.com"; and use of
15 https://www.instagram.com/avemusiclounge/;

16     d.    Engaging in any unfair competition with Plaintiff; and

17     e.    Engaging in any deceptive acts.

18     f.    Requiring Defendant, its agents, servants, employees, successors and
19 assigns, and all other persons acting in concert with or in conspiracy with or
20 affiliated with Defendant, to engage in corrective advertising by informing
21 consumers that Defendant is not and never has been authorized by or related to
22 Plaintiff, the TAO Group or Plaintiff's AVENUE establishments.

23     **IT IS FURTHER ORDERED, ADJUDGED and DECREED** that
24 Plaintiff shall recover from Defendant reasonable attorneys' fees and costs in
25 pursuing this action. Plaintiff is directed to file a memorandum and supporting
26 declaration and evidence with this Court within thirty (30) days of the date of this
27 Judgment, setting forth the amount of attorneys' fees and costs expended in this
28 action for the Court's review and approval.

1  **IT IS FURTHER ORDERED** that the Permanent Injunction shall become

2  effective as of its date of entry by the Court.

3  **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of

4  this action to entertain such further proceedings and to enter such further orders as

5  may be necessary or appropriate to implement and enforce the provisions of this

6  Judgment and Permanent Injunction.

7

8

9  **IT IS SO ORDERED.**

10 DATED: Aug 26, 2019.

11 _____
   Honorable Andrew J. Guilford
   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28