AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Plaintiff
AVENUE HOSPITALITY GROUP, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| AVENUE HOSPITALITY GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE RESTAURANT AND MUSIC LOUNGE,<br><br>Defendant. | Case No. 8:19-cv-00687-AG-DRM<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS, TO TRANSFER DOMAIN NAME AND TO BLOCK USE OF MARK ON SOCIAL MEDIA**<br><br>Hearing Date: November 4, 2019<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Complaint Served: April 12, 2019 |

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court and a partner in the law firm of King & Spalding LLP, counsel of record to Avenue Hospitality Group, LLC ("Plaintiff"), plaintiff in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact averred herein.

2. Plaintiff's concurrently-filed Motion for Attorneys' Fees and Costs, to Transfer Domain Name and to Block Use of Mark on Social Media (the "Motion") is made following Plaintiff's attempted compliance with Local Rule 7-3. On September 4, 2019, I sent a copy of the Court's Judgment and a letter, via email and overnight delivery, to Defendant Avenue Restaurant and Music Lounge ("Defendant") and its Agent for Service of Process, George Escalante. The letter explained the terms of the Judgment, sought the opportunity to discuss a potential compromise regarding Plaintiff's Motion, and requested that Defendant please contact Plaintiff's counsel. A true and correct copy of the September 4, 2019 letter is attached hereto as **Exhibit A**.

3. Thereafter, I attempted to call Mr. Escalante on September 10 and 12, 2019, but the calls went to voicemail, and Mr. Escalante's voicemail box was full. After the second attempted call, I also sent a text message to Mr. Escalante, stating "It's Aaron Craig (the lawyer for Avenue Hospitality). Please call me about my letter/email of last week. I've tried to call you but your voicemail box is full." However, to date, Defendant has not responded, thus making this Motion necessary.

4. Moreover, as of September 24, 2019, Defendant continues to use "Avenue" in a domain name and on Instagram and Facebook. For example, the domain name www.avenueorangecounty.com automatically redirects to the site for a nightclub restaurant, www.diablosmusiclounge.com, located in the same location as Defendant's former "Avenue" club.

5. Attached as **Exhibit B** is a true and correct copy of a PDF I caused to be created of the Instagram page for "oc_nightlife_formerly_avenueoc" on September 24,

2019, showing that the name "Avenue is currently being used.

6.    Attached as **Exhibit C** is a true and correct copy of a PDF I caused to be created of the Instagram page for "avenueorangecounty" on September 24, 2019, also showing that the name "Avenue is currently being used.

7.    Attached as **Exhibit D** is a true and correct copy of a PDF I caused to be created of the Facebook page for "Avenue OC" on September 24, 2019, showing that the name "Avenue is currently being used.

8.    Attached as **Exhibit E** is a true and correct copy of a PDF I caused to be created of the Facebook page for "Avenue Anaheim" on September 24, 2019, showing that the name "Avenue is currently being used.

9.    During the period from before the filing of this present action through the present, King & Spalding LLP has represented Plaintiff.  For its work on this case, Plaintiff's counsel seeks their rates actually billed on this matter, which range from $250 for staff attorneys to $715 for partners; these rates are below these attorneys' regular rates of $350 for staff attorneys to $1,035 for partners.  Specifically, the following table provides the rates at which Plaintiff's counsel billed on this matter:

| Counsel Name | Counsel Title | Billing Rate |
|---|---|---|
| Aaron Craig | Partner | $715.00 p/hour |
| Kathleen McCarthy | Partner | $535.00 p/hour |
| Jennifer Chiang | Associate | $500.00 p/hour |
| Alicia Gilbert | Associate | $400.00 p/hour |
| Catherine Cranford | Staff Attorney | $250.00 p/hour |

10.    Attached as **Exhibit F** is a true and correct copy of Invoice No. 10237708, the January 7, 2019 invoice submitted by King & Spalding LLP to the client for professional services rendered on this matter through January 7, 2019.  Exhibit F shows a total of 2.6 hours expended and $1,372.76 in attorneys' fees billed for this matter.

11. Attached as **Exhibit G** is a true and correct copy of Invoice No. 10243894, the February 7, 2019 invoice submitted by King & Spalding LLP to the client for professional services rendered on this matter through January 31, 2019. Exhibit G contains a small number of entries for another matter relating to these same trademarks; these entries have been redacted and the costs associated with them are not included in the amount requested in the Motion. Specifically, three entries for Partner Kathleen McCarthy totaling 0.7 hours and one entry for Associate Maren Perry totaling 0.5 hours have been redacted. Given the billing rate of $535 per hour for Ms. McCarthy and $450 per hour for Ms. Perry, this invoice has been discounted by $599.50. Exhibit G thus shows a total of 2.6 hours expended and $1,359.90 in attorneys' fees billed for this matter.

12. Attached as **Exhibit H** is a true and correct copy of Invoice No. 10249256, the March 7, 2019 invoice submitted by King & Spalding LLP to the client for professional services rendered on this matter through February 28, 2019. Exhibit H contains a small number of entries for another matter relating to these same trademarks; these entries have been redacted and the costs associated with them are not included in the amount requested in the Motion. Specifically, one entry for Partner Kathleen McCarthy totaling 0.2 hours has been redacted. Given the billing rate of $535 per hour for Ms. McCarthy, this invoice has been discounted by $107.00. Exhibit H thus shows a total of 3.1 hours expended and $1,570.24 in attorneys' fees billed for this matter.

13. Attached as **Exhibit I** is a true and correct copy of Invoice No. 10255583, the April 5, 2019 invoice submitted by King & Spalding LLP to the client for professional services rendered on this matter through March 31, 2019. Exhibit I shows a total of 1.2 hours expended and $609.91 in attorneys' fees billed for this matter.

14. Attached as **Exhibit J** is a true and correct copy of Invoice No. 10262985, the May 7, 2019 invoice submitted by King & Spalding LLP to the client for professional services rendered on this matter through April 30, 2019. Exhibit J shows a total of 4.8 hours expended and $3,003.91 in attorneys' fees billed for this matter.

15. Attached as **Exhibit K** is a true and correct copy of Invoice No. 10269394, the June 7, 2019 invoice submitted by King & Spalding LLP to the client for professional services rendered on this matter through May 31, 2019. Exhibit K contains a small number of entries for another matter relating to these same trademarks; these entries have been redacted and the costs associated with them are not included in the amount requested in the Motion. Specifically, two entries for Partner Kathleen McCarthy totaling 2.1 hours has been redacted. Given the billing rate of $535 per hour for Ms. McCarthy, this invoice has been discounted by $1,123.50. Exhibit K thus shows a total of 7.5 hours expended and $2,877.91 in attorneys' fees billed for this matter.

16. Attached as **Exhibit L** is a true and correct copy of Invoice No. 10275750, the July 8, 2019 invoice submitted by King & Spalding LLP to the client for professional services rendered on this matter through June 30, 2019. Exhibit L shows a total of 13.6 hours expended and $5,705.23 in attorneys' fees billed for this matter.

17. Attached as **Exhibit M** is a true and correct copy of Invoice No. 10282407, the August 8, 2019 invoice submitted by King & Spalding LLP to the client for professional services rendered on this matter through July 31, 2019. Exhibit M contains a small number of entries for another matter relating to these same trademarks; these entries have been redacted and the costs associated with them are not included in the amount requested in the Motion. Specifically, six entries for Partner Kathleen McCarthy totaling 2.2 hours has been redacted. Given the billing rate of $535 per hour for Ms. McCarthy, this invoice has been discounted by $1,177.00. Exhibit M thus shows a total of 0.7 hours expended and $416.64 in attorneys' fees billed for this matter.

18. Attached as **Exhibit N** is a true and correct copy of Invoice No. 10289056, the September 6, 2019 invoice submitted by King & Spalding LLP to the client for professional services rendered on this matter through August 31, 2019. Exhibit N shows a total of 11.3 hours expended and $7,624.24 in attorneys' fees billed for this matter.

19. In total, Exhibits F through N show a total of 47.4 hours expended by Plaintiff's counsel on this matter through August 31, 2019. The total amount of

attorneys' fees billed through August 31, 2019 is $24,540.74.

20. In addition, during the month of September 2019, Plaintiff's counsel has spent approximately 15 hours additional time reaching out to Defendant's counsel and preparing this Motion. In total, this amounts to approximately $7,824.00 in additional attorneys' fees to be billed for counsel's work on this matter. In total, Plaintiff's counsel has expended a total of 62.4 hours on this matter through the date of this filing, which amounts to a total of $32,364.74 in attorneys' fees.

21. Attached as **Exhibit O** is a true and correct copy of a PDF I created of Tucows Domains, Inc.'s Help webpage titled "Submitting Court and Legal Documents to Tucows Inc." on September 24, 2019.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 25th day of September 2019, at Los Angeles, California.

_____
Aaron S. Craig